# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 455 EAL 2014
:
                Respondent      :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.             :
:
:
:
OSCAR BERMUDEZ,        :
:
                Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.